VILLAGE OF SPRINGVILLE, Appellant, v PAUL DAVIDSON, Respondent. [869 NYS2d 846]

Present—Scudder, P.J., Smith, Centra and Fahey, JJ.